# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ELIZABETH JOY KLINE, AN INDIVIDUAL,<br><br>Appellant,<br><br>vs.<br><br>MACKIE IMPLANT DENTISTRY ASSOCIATES OF LAS VEGAS, P.C., A NEVADA PROFESSIONAL CORPORATION; NICOLE MACKIE, D.D.S., M.S., AN INDIVIDUAL; AND NATHAN BAXTER, D.D.S., O.M.F.S., AN INDIVIDUAL,<br><br>Respondents. | No. 82066<br><br>**FILED**<br><br>AUG 2 3 2021<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

## ORDER DISMISSING APPEAL

The parties have filed a stipulation to "Dismiss all Respondents with Prejudice." The stipulation is construed as a stipulation to dismiss this appeal and approved as such. NRAP 42(b). This appeal is dismissed. The parties shall bear their own fees and costs.

It is so ORDERED.

_____, C.J.

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 19
Stephen E. Haberfeld, Settlement Judge
Gibson Lexbury LLP
Lauria Tokunaga Gates & Linn, LLP/Las Vegas
Lauria Tokunaga Gates & Linn, LLP/Sacramento
Lemons, Grundy & Eisenberg
Eighth District Court Clerk